NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1149, -1150

APPLIED MATERIALS, INC.,

Plaintiff-Appellee,

v.

MULTIMETRIXS, LLC, MARK KESEL,
BORIS KESIL, and ELIK GERSHENZON,

Defendants-Appellants.

Appeals from the United States District Court for the Northern District of California in case no. 06-CV-7372, Judge Marilyn Hall Patel.

ON MOTION

ORDER

In an attachment to its certificate of interest, MultiMetrixs, LLC informs the court that it is in bankruptcy.

It appears that the automatic stay provisions of 11 U.S.C. § 362 may be applicable.

Accordingly,

IT IS ORDERED THAT:

Absent objection received within 14 days of the date of filing of this order, the proceedings in these appeals are stayed. The parties should file a status report every 90 days concerning the status of the bankruptcy proceedings and whether the automatic stay is lifted.

FOR THE COURT

MAR 1 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2010

JAN HORBALY
CLERK

cc:    Rohit Kumar Singla, Esq.
        Jeffrey I. Kaplan, Esq.

s8